IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD BOANDL, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 09-4799 |
| | : | |
| TIMOTHY F. GEITHNER, | : | |
| Defendant | : | |

# O R D E R

**AND NOW,** this    1st    day of November, 2010, upon careful consideration of the defendant's amended motion for partial summary judgment (Document No. 14), the plaintiffs' response thereto (Document No. 18), IT IS **HEREBY ORDERED** that the defendants' motion is **GRANTED** with respect to only the following claims:

1. Plaintiff's Title VII claims for failure to promote, hostile work environment, and constructive discharge;

2. Plaintiff's ADEA claims for failure to promote, hostile work environment, and constructive discharge;

3. Plaintiff's Rehabilitation Act retaliation claims based on the TIGTA referral and negative application reference.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.